IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRENCE SELDON,** ) | |
|       **Plaintiff,** ) | |
| ) | |
|       v. ) | Case No. 1:19-cv-90 |
| ) | |
| **JOHN E. WETZEL, et al,** ) | |
|       **Defendants.** ) | |

**MEMORANDUM ORDER**

    This action was received by the Clerk of Court on March 29, 2019 and was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

    On April 8, 2020, Magistrate Judge Lanzillo issued a Report and Recommendation recommending that Plaintiff's motion for preliminary injunction be denied. ECF No. 96. No objections have been filed.

    After *de novo* review of Plaintiff's request for injunctive relief, together with the report and recommendation, the following order is entered:

    AND NOW, this 21st day of May 2020;

    IT IS ORDERED that Plaintiff's motion for injunctive relief [ECF No. 89] is denied.

    Given that this is Plaintiff's **fifth** improper request for injunctive relief, Plaintiff is hereby advised that any future requests for injunctive relief that do not pertain to second-hand smoke will be summarily denied or disregarded without further discussion or analysis.

1

AND, IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on April 8, 2020 [ECF No. 96] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge
